**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Floyd Junior "Dick" POWELL,
Defendant—Appellant.**

No. 03–7467.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 20, 2003.

Floyd Junior "Dick" Powell, pro se.

Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Floyd Junior "Dick" Powell appeals the district court's order denying his motion to stay the sale of forfeited real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Powell,* No. CR–99–12 (W.D.N.C. Aug. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*